1022

[No. 32155-6-II.   Division Two.   June 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN VAY STINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00263-4, H. John Hall and David R. Draper, JJ., entered August 16, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 32227-7-II.   Division Two.   June 28, 2005.]

DELL KNAUSS, *Appellant*, v. THE CITY OF BREMERTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-02001-0, Craddock D. Verser, J., entered September 8, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 32474-1-II.   Division Two.   June 28, 2005.]

JOSEPH D. VINES, *Appellant*, v. RICHARD BABIC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-08998-3, Brian M. Tollefson, J., entered January 31, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 32476-8-II.   Division Two.   June 28, 2005.]

BETTY WILSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-11250-5, Bryan E. Chushcoff, J., entered October 25, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.